STATE OF NEW JERSEY v. ANGELO PAUL D'AMATO.

January 25, 1988.

Petition for certification denied.   (See 218 *N.J.Super.* 595)

STATE OF NEW JERSEY v. EDWIN PARILLA.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LEON NEWSOME.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE RIVERA.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ADAM F. BARLOW.

January 25, 1988.

Petition for certification denied.